AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cleary, Paul J. | NDOK | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FT Magistrate Judge -- Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US District Court
333 West Fourth St.
Tulsa, OK 74103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Fall 2011 | Oklahoma STate University -- salary for teaching | $5,071.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | World Publishing Co. -- salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | College loans | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Legg Mason Opportunity Tr. | A | Distribution | | | Sold | 1/24/11 | J | A | |
| 2. Legg Mason Value Trust Mutual Fund | A | Distribution | | | Sold | 1/24/11 | J | A | |
| 3. Morgan Stanley (lines # 4-6) (formerly Dean Witter) | A | Dividend | J | T | | | | | |
| 4. MS Money Market | | None | J | T | | | | | |
| 5. MS Van Kampen G&1 B | A | Dividend | J | T | | | | | |
| 6. MS Van Kampen Comstock B | A | Dividend | J | T | | | | | |
| 7. Tulsa World 401(k) | | None | L | T | | | | | |
| 8. Bank of America stock | | None | J | T | | | | | |
| 9. EMC Corp. stock | | None | K | T | | | | | |
| 10. Ameriprise | | None | M | T | | | | | |
| 11. JP Morgan Chase stock | | None | K | T | | | | | |
| 12. Halliburton stock | | None | J | T | | | | | |
| 13. Hewlitt Packard stock | | None | J | T | | | | | |
| 14. Trust No. 1 (lines 14-29) | | None | K | T | | | | | |
| 15. Hewlett Packard stock | | None | J | T | | | | | |
| 16. Chevron stock | | None | K | T | | | | | |
| 17. Royal Dutch Shell stock | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cleary, Paul J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citigroup stock | | None | J | T | | | | | |
| 19. Morgan Stanley stock | | None | J | T | | | | | |
| 20. J P Morgan stock | | None | J | T | | | | | |
| 21. EMC stock | | None | K | T | | | | | |
| 22. Bank of America stock | | None | J | T | | | | | |
| 23. Bank of New York Mellon stock | | None | J | T | | | | | |
| 24. General Electric stock | | None | J | T | | | | | |
| 25. Halliburton stock | | None | J | T | Sold (part) | 07/21/11 | J | D | |
| 26. Hewlett Packard stock | | None | J | T | | | | | |
| 27. Motorola Solutions stock | | None | J | T | Open | 12/10/11 | J | | |
| 28. Motorola Liabilities | | None | J | T | Open | 12/10/11 | J | | |
| 29. Pfizer | | None | J | T | Open | 12/10/11 | J | | |
| 30. Wells Fargo Funds TR Adv Growth SGRAX | | None | K | T | Buy | 12/09/11 | K | | |
| 31. Eaton Emerging Markets Local EEIAX | | None | J | T | Buy | 7/01/11 | J | | |
| 32. Turner Spectrum TSPCX | | None | J | T | Buy | 7/01/11 | J | | |
| 33. Blkrock Glb All - A | | None | K | T | | | | | |
| 34. Eaton Glb Mac A/RT Adv-A EGRAX | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ameriprise Invest. Acct (Lines 30-46) | | None | M | T | | | | | |
| 36. AIM Growth CNSAX | | None | J | T | Buy | 12/12/11 | J | | |
| 37. Janus Perk M/Cap Val A mut fund JDPAX | | None | K | T | Sold (part) | 12/08/11 | J | | |
| 38. Am Cent Infl-Pro Bond mut fund | | None | | | Sold | 12/08/11 | K | | |
| 39. Janus Forty -A mut fund | | None | | | Sold | 12/08/11 | K | | |
| 40. IVY Asset Strategy -A mut fund WASAX | | None | J | T | | | | | |
| 41. Col Energy & Nat Res -A mut fund | | None | | | Sold | 6/30/11 | J | | |
| 42. CR Suisse Commodity A CRSAX | | None | J | T | | | | | |
| 43. Fid Adv Small Cap A mut fund FSCDX | | None | K | T | | | | | |
| 44. MFS Emg Markets Debt A mut fund | | None | | | Sold | 6/30/11 | K | | |
| 45. Virtus Emg Markets Opps A mut fund HEMZX | | None | K | T | | | | | |
| 46. Corp Prop Assoc 17 REIT | | None | K | T | | | | | |
| 47. OK Svgs 529 Managed Allocation (CCC) mut fund | | None | J | T | Sold (part) | 01/11/11 | J | | |
| 48. OK Savgs529 Global Equity Option(CCC) mut fund | | None | J | T | Sold (part) | 09/02/11 | J | | |
| 49. OK Svgs 529 Managed Allocation (DAC) mut fund | | None | J | T | Sold (part) | 10/07/11 | J | | |
| 50. OK Svgs 529 Equity Op (DAC) mut fund | | None | J | T | Sold (part) | 01/19/11 | J | | |
| 51. OK Savgs 529 Managed All (CCC) | | None | J | T | Sold (part) | 08/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. OK Svgs 529 Global Eq (DAC) | | None | J | T | Sold (part) | 01/11/11 | J | | |
| 53. Bank of America cash acct (X) | A | Interest | J | T | | | | | |
| 54. OK Svgs 529Global Eq (CCC) | | None | J | T | Sold (part) | 1/11/11 | J | | |
| 55. OK Svgs 529 Global Eq (CCC) | | None | J | T | Sold (part) | 8/29/11 | J | | |
| 56. OK Svgs 529 Global Eq (DAC) | | None | J | T | Sold (part) | 8/29/11 | J | | |
| 57. OK Savgs 529 Global Eq (DAC) | | None | J | T | Sold (part) | 09/02/11 | J | | |
| 58. OK Svgs 529 Bal Opt. (DAC) | | None | J | T | Sold (part) | 04/27/11 | J | | |
| 59. OK 529 Global Eq (CCC) | | None | J | T | Sold (part) | 03/22/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 8 & 9, 11-13: Stock held in JTWROS ⬚⬚⬚⬚⬚⬚⬚. This ⬚⬚⬚⬚ was created in 2006.

Line 14 (lines 14-29): Trust No. 1 -- Educational trust established by relative in 2006 ⬚⬚⬚⬚⬚⬚ Relative is Trustee. No Agreement reported in Part II because filer is not Trustee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul J. Cleary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Paul J. Cleary            333 West Fourth Street, Room 3355        Telephone  (918) 699-4915

United States Magistrate Judge        Tulsa, Oklahoma 74103-3819

June 19, 2012

Hon. Joseph H. McKinley, Jr.
Chair, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:  Calendar Year 2011 Filing

Dear Judge McKinley:

This letter is in response to your inquiry of June 19 regarding my 2011 financial disclosure report.  As you mention in your letter, in several places (lines 52, 54-57 & 59) I referred to a College Savings account by the name "OK Savgs Global Equity Option."  This particular name did not appear in my 2010 report.  That was due to inconsistency on my part.  In previous filings I referred to an "Equity Op" account.  These are the same accounts.  Even within my 2011 filing I see that on line 50 I refer to the "Equity Op" (DAC) account and on lines 56 and 57 I refer to "Global Eq" (DAC).  The full name of this 529 fund is "Global Equity Index Option."  I have mistakenly reported this fund under two different names.  For consistency with prior reports, I believe all references to "Global Eq" should be revised to "Equity Op."  I apologize for the confusion.

Sincerely,